UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

RONAL NOHE DIAZ-GAMEZ,

    *Petitioner*,

v.                                        Case No. 5:26-CV-1112-JKP

ROSE THOMPSON, et al.,

    *Respondents.*

## ORDER DENYING TEMPORARY RESTRAINING ORDER

Before the Court is a Motion for Temporary Restraining Order or, in the alternative, for a Preliminary Injunction (ECF No. 2). The relief Petitioner seeks through this motion essentially mirrors the ultimate relief sought on the merits of this already expedited proceeding under 28 U.S.C. § 2241. *Compare* ECF No. 1 *with* ECF No. 2. Such circumstances justify denying the motion and proceeding directly to the merits of the habeas petition itself. *See*, *e.g.*, *Garcia-Aleman v. Thompson*, No. SA-25-CV-886-OLG, unpub. order at 1–2 (W.D. Tex. Oct. 30, 2025) (collecting cases); *Chambliss v. Ashcroft*, No. 3:04-CV-0298-D, 2004 WL 718998, at *2 (N.D. Tex. Apr. 1, 2004) (recommendation of Mag. J.) (recommending denial of similar motion because preliminary relief sought was "the same as the relief sought through the habeas petition") *adopted by* No. 3:04-CV-0298-D, 2005 WL 724206 (N.D. Tex. Mar. 30, 2005). Indeed, prompt resolution is already contemplated by the nature of the writ itself. *See* 28 U.S.C. § 2243 ("A court … entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted."); *Harris v. Nelson*, 394 U.S. 286, 291 (1969) (reiterating that "the office of the writ is to provide a prompt and efficacious remedy" and habeas proceedings "must not be allowed to founder in a 'procedural morass'").

The Court has already issued an Order for Service that enters a limited stay and expedites the briefing. For the reasons stated herein, it **DENIES** the Motion for Temporary Restraining Order or, in the alternative, for a Preliminary Injunction (ECF No. 2).

**IT IS SO ORDERED this 24th day of February 2026.**

_____
**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**